UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOR IAN GENSINGER,

    Plaintiff,

v.                                          Case No. 3:18cv1628-LC-CJK

JAMES K. BAZZELLE, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 14, 2019 (doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Emergency Motion for Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction" (doc. 6) is **DENIED**.

**DONE AND ORDERED** this 19th day of February, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**