**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THOR IAN GENSINGER,

    Plaintiff,

v.                                    Case No. 3:18-cv-1628-LC/MJF

JAMES K. BAZZELLE, et al.,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 15, 2019. (ECF No. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's "Motion for Temporary Restraining Order and Order to

Show Cause for a Preliminary Injunction," (Doc. 27), is **DENIED**.

**DONE AND ORDERED** this 18th day of November, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**