IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOR IAN GENSINGER,

    Plaintiff,

v.                                      Case No. 3:18-cv-1628-LC/MJF

JAMES K. BAZZELLE, *et al.*,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 10, 2020. (ECF No. 50). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' Motion for Summary Judgment (ECF No. 38) is **GRANTED IN PART** and **DENIED IN PART** as set forth below.

3. Summary judgment is **DENIED** regarding Gensinger's Eighth Amendment claim for excessive force against Defendants James Bazzelle, Barney Cash, Roderick Yost, Thomas Laughman, and Justin Moye.

4. Summary judgment is **GRANTED** in favor of Defendant Thomas Laughman regarding Gensinger's Fourteenth Amendment due process claim.

5. Summary judgment is **GRANTED** in favor of Defendant Lisa Bermejo regarding Gensinger's claim of retaliation under the First Amendment.

6. The clerk of the court shall update the docket to reflect that the only remaining Defendants are Bazzelle, Cash, Yost, Laughman, and Moye.

7. This case is recommitted to the undersigned magistrate judge to prepare the case for trial.

**DONE AND ORDERED** this 15th day of September, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**